SHIRLEY DENNIS, an Infant, by ERNEST C. DENNIS, Her Guardian ad Litem, Appellant, *v.* PASQUALE CIOPPA et al., Respondents. ERNEST C. DENNIS, Appellant, *v.* PASQUALE CIOPPA et al., Respondents.

Argued April 6, 1950; decided May 18, 1950.

*Edward B. Horning* for appellants.

*Frank Gibbons* for Pasquale Cioppa, respondent.

*John R. Weaver* for Vincent Roadways Service, Inc., respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.